ROCHELLE BROWNE, State Bar No. 75953
MICHAEL P. COYNE, State Bar No. 204549
RICHARDS, WATSON & GERSHON
A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, California 90071
Telephone: (213) 626-8484
Facsimile (213) 626-0078

JAMES L. MARKMAN, State Bar No. 43536
CITY ATTORNEY
CITIES OF RANCHO CUCAMONGA AND UPLAND
RICHARDS, WATSON & GERSHON
A Professional Corporation
1 Civic Center Circle
P.O. Box 1059
Brea, California 92822-1059
Telephone (714) 990-0901
Facsimile (714) 990-6230

Attorneys for Defendants, CITY OF RANCHO CUCAMONGA and CITY OF UPLAND



**BY FAX**

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| COMITE DE JORNALEROS DE RANCHO CUCAMONGA Y UPLAND, an unincorporated association, NATIONAL DAY LABORER ORGANIZING NETWORK, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RANCHO CUCAMONGA, CITY OF UPLAND,<br><br>Defendants. | Case No. EDCV 02-1010 VAP (SGLx)<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING LITIGATION SCHEDULE AND STAYING ACTION PENDING FINALIZATION OF SETTLEMENT AGREEMENT**<br><br> |

The parties, having agreed in principle to settlement terms, stipulate that the current litigation schedule should be vacated and the action stayed pending the finalization of the settlement agreement.

///

STIPULATION AND [PROPOSED] ORDER VACATING LITIGATION SCHEDULE AND STAYING ACTION
PENDING FINALIZATION OF SETTLEMENT AGREEMENT

82000\0001\731172 1

GOOD CAUSE exists for such an order. Plaintiffs are challenging City of Upland and City of Rancho Cucamonga ordinances on First and Fourteenth Amendment grounds. Plaintiffs and Defendants have agreed in principle to settle this matter, but the settlement agreement is unique and several points have to be worked out before the settlement agreement can be finalized. For example, Defendants have agreed in principle to develop written training guidelines for enforcement of the ordinances and that Plaintiffs may participate in drafting these materials. As such, the specific content of these materials will have to be drafted and agreed upon before the settlement is finalized and this will take time. Several other agreements have also been reached, the specifics of which have to be worked out. However, if the current discovery cut-off, motion cut-off and trial date, etc., are not vacated and the case not stayed, the parties would have to continue to conduct discovery and litigate this matter, even though a settlement in principle has been reached. This would be a waste of time and judicial resources.

Therefore, the parties respectfully request that the Court vacate the current litigation schedule, including the May 2, 2003 Settlement Conference, and stay the case for 120 days, pending finalization of the settlement agreement. At the close of the 120-day period, if not before, it is anticipated that the case will be dismissed.

///
///
///

-2-
STIPULATION AND [PROPOSED] ORDER VACATING LITIGATION SCHEDULE AND STAYING ACTION
PENDING FINALIZATION OF SETTLEMENT AGREEMENT

82000\0001\731172 1

IT IS SO STIPULATED.

DATED: April ___, 2003

ROCHELLE BROWNE
MICHAEL P. COYNE
RICHARDS, WATSON & GERSHON
A Professional Corporation

JAMES L. MARKMAN
CITY ATTORNEY
CITY OF RANCHO CUCAMONGA
and CITY OF UPLAND

By: _____
MICHAEL P. COYNE
Attorney for Defendants
CITY OF RANCHO CUCAMONGA,
CITY OF UPLAND

DATED: April 18, 2003

THOMAS A. SAENZ
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND

By: /s/ Thomas A. Saenz
THOMAS A. SAENZ
Attorney for Plaintiffs
COMITE DE JORNALEROS DE
RANCHO CUCAMONGA Y
UPLAND, NATIONAL DAY
LABORER ORGANIZING
NETWORK

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN:

The current litigation schedule, including the Discovery, Motion and Settlement Conference cut-offs, as well as the Settlement Conference, Pre-trial Conference and Trial dates, are vacated and the case is stayed for 120 days from the date of this order. Within 120 days, the parties are to either file a notice of dismissal, or request that the litigation schedule be reset.

4/21/03

/s/ Virginia A. Phillips
Hon. Virginia A. Phillips,
United States District Judge

-3-

STIPULATION AND [PROPOSED] ORDER VACATING LITIGATION SCHEDULE AND STAYING ACTION
PENDING FINALIZATION OF SETTLEMENT AGREEMENT

IT IS SO STIPULATED.

DATED: April 21, 2003

ROCHELLE BROWNE
MICHAEL P. COYNE
RICHARDS, WATSON & GERSHON
A Professional Corporation

JAMES L. MARKMAN
CITY ATTORNEY
CITY OF RANCHO CUCAMONGA
and CITY OF UPLAND

By _____
MICHAEL P. COYNE
Attorney for Defendants
CITY OF RANCHO CUCAMONGA,
CITY OF UPLAND

DATED: April ___, 2003

THOMAS A. SAENZ
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND

By _____
THOMAS A. SAENZ
Attorney for Plaintiffs
COMITE DE JORNALEROS DE
RANCHO CUCAMONGA Y
UPLAND, NATIONAL DAY
LABORER ORGANIZING
NETWORK

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN

The current litigation schedule, including the Discovery, Motion and Settlement Conference cut-offs, as well as the Settlement Conference, Pre-trial Conference and Trial dates, are vacated and the case is stayed for 120 days from the date of this order. Within 120 days, the parties are to either file a notice of dismissal, or request that the litigation schedule be reset.

Hon. Virginia A. Phillips,
United States District Judge

-3-

STIPULATION AND [PROPOSED] ORDER VACATING LITIGATION SCHEDULE AND STAYING ACTION
PENDING FINALIZATION OF SETTLEMENT AGREEMENT