ORIGINAL

1   ROCHELLE BROWNE, State Bar No 75953
2   MICHAEL P COYNE, State Bar No 204549
    RICHARDS, WATSON & GERSHON
3     A Professional Corporation
    355 South Grand Avenue, 40th Floor
4   Los Angeles, California 90071
    Telephone   (213) 626-8484
5   Facsimile   (213) 626-0078

6   JAMES L MARKMAN, State Bar No 43536
    CITY ATTORNEY
7   CITIES OF RANCHO CUCAMONGA AND
    UPLAND
8   RICHARDS, WATSON & GERSHON
      A Professional Corporation
9   1 Civic Center Circle
    P O Box 1059
10  Brea, California 92822-1059
    Telephone:  (714) 990-0901
11  Facsimile   (714) 990-6230

12  Attorneys for Defendants, CITY OF RANCHO
    CUCAMONGA and CITY OF UPLAND

13
14          UNITED STATES DISTRICT COURT

15   CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

16  COMITE DE JORNALEROS DE          Case No  EDCV 02-1010 VAP (SGL)
    RANCHO CUCAMONGA Y UPLAND,
17  an unincorporated association,    **STIPULATION AND
    NATIONAL DAY LABORER             [PROPOSED] ORDER
18  ORGANIZING NETWORK, an           EXTENDING STAY IN THE
    unincorporated association,       ACTION PENDING
19                                    FINALIZATION OF
           Plaintiffs,                SETTLEMENT AGREEMENT**

20
        v
21
    CITY OF RANCHO CUCAMONGA,
22  CITY OF UPLAND,

23         Defendants

24
25  ///
26  ///
27  ///
28  ///

FILED
CLERK U S DISTRICT COURT

AUG 21 2003

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION       BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTER ON ICMS

AUG 22 2003

14

RICHARDS | WATSON | GERSHON
ATTORNEYS AT LAW – A PROFESSIONAL CORPORATION

This action is currently stayed pending finalization of a settlement agreement to which the parties have agreed in principal. The parties are working on that agreement, but further work and negotiations remain, which should be completed within 45 days  As such, the parties respectfully request that the Court extend the stay for an additional 45 days

GOOD CAUSE exists for such an order  Plaintiffs are challenging City of Upland and City of Rancho Cucamonga ordinances on First and Fourteenth Amendment grounds  Plaintiffs and Defendants have agreed in principle to settle this matter, but the settlement agreement is unique and several points have to be worked out before the settlement agreement can be finalized  For example, Defendants have agreed in principle to develop written training guidelines for enforcement of the ordinances  Drafts of these materials have been created and the parties are currently discussing them  Defendants have also agreed to establish a day laborer task force in which representatives of the plaintiff organizations will participate  The proposed structure of this task force is currently being reviewed by the parties

The parties anticipate that the final settlement agreement can be in place, and the case dismissed, within 45 days  Therefore, the parties respectfully request that the Court extend the current stay 45 days  At the close of the 45-day period, if not before, it is anticipated the case will be dismissed

///
///
///
///
///
///

-2-

RICHARDS | WATSON | GERSHON
ATTORNEYS AT LAW – A PROFESSIONAL CORPORATION

1    IT IS SO STIPULATED

2

3    DATED   August 20, 2003        ROCHELLE BROWNE
                                     MICHAEL P. COYNE
4                                    RICHARDS, WATSON & GERSHON
                                      A Professional Corporation
5
                                     JAMES L MARKMAN
6                                    CITY ATTORNEY
                                     CITY OF RANCHO CUCAMONGA
7                                    and CITY OF UPLAND

8
                                     By _____
9                                    MICHAEL P COYNE
                                     Attorney for Defendants
10                                   CITY OF RANCHO CUCAMONGA,
                                     CITY OF UPLAND
11

12   DATED   August ___, 2003        THOMAS A SAENZ
                                     MEXICAN AMERICAN LEGAL
13                                   DEFENSE AND EDUCATIONAL
                                     FUND
14

15                                   By _____
                                     THOMAS A SAENZ
16                                   Attorney for Plaintiffs
                                     COMITE DE JORNALEROS DE
17                                   RANCHO CUCAMONGA Y
                                     UPLAND, NATIONAL DAY
18                                   LABORER ORGANIZING
                                     NETWORK
19

20

21

22

23

24

25

26

27

28

-3-

1    **IT IS SO STIPULATED:**

2

3    DATED: August ___, 2003               ROCHELLE BROWNE
                                           MICHAEL P. COYNE
4                                          RICHARDS, WATSON & GERSHON
                                            A Professional Corporation
5
                                           JAMES L. MARKMAN
6                                          CITY ATTORNEY
                                           CITY OF RANCHO CUCAMONGA
7                                          and CITY OF UPLAND

8
                                           By:_____
9                                              MICHAEL P. COYNE
                                               Attorney for Defendants
10                                             CITY OF RANCHO CUCAMONGA,
                                               CITY OF UPLAND
11

12   DATED: August ___, 2003               THOMAS A. SAENZ
                                           MEXICAN AMERICAN LEGAL
13                                         DEFENSE AND EDUCATIONAL
                                           FUND
14
                                           By:_____
15                                             THOMAS A. SAENZ
                                               Attorney for Plaintiffs
16                                             COMITE DE JORNALEROS DE
                                               RANCHO CUCAMONGA Y
17                                             UPLAND, NATIONAL DAY
                                               LABORER ORGANIZING
18                                             NETWORK

19

20

21

22

23

24

25

26

27

28

RICHARDS│WATSON│GERSHON
ATTORNEYS AT LAW – A PROFESSIONAL CORPORATION

-3-

82000\0001\745344 1

1

# [PROPOSED] ORDER

2    FOR GOOD CAUSE SHOWN

3       The current stay in this action is extended 45 days from the date of this

4    order  Within 45 days, the parties are to either file a notice of dismissal, or request

5    that the litigation schedule be reset

6

7

8    Hon. Virginia A  Phillips,
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

82000\0001\745344 1

## PROOF OF SERVICE FOR COMITE v. RANCHO CUCAMONGA

I, Angela Ortell declare

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action, my business address is Richards, Watson & Gershon, 355 South Grand Avenue, 40th Floor, Los Angeles, California 90071  On August 21, 2003, I served the within documents

**STIPULATION AND [PROPOSED] ORDER EXTENDING STAY IN THE ACTION PENDING FINALIZATION OF SETTLEMENT AGREEMENT**

☐     by causing facsimile transmission of the document(s) listed above from (213) 626-0078 to the person(s) and facsimile number(s) set forth below on this date before 5 00 P M  This transmission was reported as complete and without error.  A copy of the transmission report(s), which was properly issued by the transmitting facsimile machine, is attached  Service by facsimile has been made pursuant to a prior written agreement between the parties

■     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below  I am readily familiar with the firm's practice for collection and processing correspondence for mailing with the United States Postal Service  Under that practice, it would be deposited with the U S  Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit

☐     by causing personal delivery by First Legal Support Services, 1511 West Beverly Boulevard, Los Angeles, California  90026 of the document(s) listed above to the person(s) at the address(es) set forth below

Thomas A  Saenz, Esq
Belinda Escobosa Helzer, Esq
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014

I declare under penalty of perjury under the laws of the State of California that the above is true and correct

Executed on August 21, 2003

Angela Ortell

82000\0001\745466 1