**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

| | |
|---|---|
| Case No  EDCV 02-1010-VAP(SGLx) | Date  January 22, 2004 |

Title    COMITE DE JORNALEROS DE RANCHO CUCAMONGA Y UPLAND, an unincorporated association, NATIONAL DAY LABORER ORGANIZING NETWORK, an unincorporated association -v- CITY OF RANCHO CUCAMONGA, CITY OF UPLAND

PRESENT   <u>HONORABLE VIRGINIA A  PHILLIPS, U S  DISTRICT JUDGE</u>

Rachel Ingram
Courtroom Deputy

None Present
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS

NO APPEARANCE

ATTORNEYS PRESENT FOR DEFENDANTS

NO APPEARANCE

PROCEEDINGS    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

In light of the stipulation filed on August 21, 2003 extending the stay of said case for 45 days to October 6, 2003 pending finalization of the settlement agreement, Plaintiff(s) is ordered to show cause in writing no later than February 3, 2004, why this action should not be dismissed for lack of prosecution

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court   The Order will stand submitted upon the filing of the response to the Order to Show Cause   Failure to respond to the Court's Order may result in the dismissal of the action



DOCKETED ON CM
JAN 2 3 2004
BY ____ 041

s \vap\crd's forms\1cv-osc frm
MINUTES FORM 90
CIVIL -- GEN

Initials of Deputy Clerk RI