LODGED

Thomas A. Saenz, SBN 159430
Belinda Escobosa Helzer, SBN 214178
MEXICAN AMERICAN LEGAL DEFENSE
  AND EDUCATIONAL FUND
634 South Spring Street
11th Floor
Los Angeles, CA 90014
Phone: (213) 629-2512
Fax    (213) 629-0266

Attorneys for Plaintiffs.

Rochelle Browne, SBN 75953
Michael P. Coyne, SBN 204549
RICHARDS, WATSON & GERSHON
355 S. Grand Ave., 40th Floor
Los Angeles, CA 90071
Phone  (213) 626-8484
Fax.   (213) 626-0078

Attorneys for Defendants, City of Rancho
Cucamonga and City of Upland.

FILED
CLERK U.S. DISTRICT COURT
JAN 30 2004
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BY FAX

| COMITE DE JORNALEROS DE RANCHO CUCAMONGA Y UPLAND, et al., | Case No. EDCV 02-1010 VAP (SGLx) |
|---|---|
| Plaintiffs, | **STIPULATION TO DISMISS** |
| v. | |
| CITY OF RANCHO CUCAMONGA, et al., | |
| Defendants | |

DOCKETED ON CM
JAN 30 2004
BY _____ 044

JAN 30 2004

The parties to this action have agreed to a settlement, which has now been memorialized in a signed settlement agreement. Accordingly, the parties jointly stipulate that this action be dismissed in its entirety with prejudice

So stipulated

Dated January 26, 2004         Respectfully submitted,

                               MEXICAN AMERICAN LEGAL DEFENSE
                               AND EDUCATIONAL FUND


                               By _____
                                  Thomas A Saenz
                                  Belinda Escobosa Helzer

                               Attorneys for Plaintiffs


Dated. January 26, 2004        RICHARDS, WATSON & GERSHON


                               By _____
                                  Michael P Coyne
                                  Rochelle Browne

                               Attorneys for Defendants.

## ORDER

It is so ordered   The action is DISMISSED WITH PREJUDICE

Dated January 30, 2004         _____
                               Hon. Virginia A Phillips
                               United States District Judge

1

## PROOF OF SERVICE FOR COMITE v. RANCHO CUCAMONGA

I, Angela Ortell declare

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action, my business address is Richards, Watson & Gershon, 355 South Grand Avenue, 40th Floor, Los Angeles, California 90071 On January 28, 2004, I served the within documents

### STIPULATION TO DISMISS

☐ by causing facsimile transmission of the document(s) listed above from (213) 626-0078 to the person(s) and facsimile number(s) set forth below on this date before 5 00 P M This transmission was reported as complete and without error A copy of the transmission report(s), which was properly issued by the transmitting facsimile machine, is attached. Service by facsimile has been made pursuant to a prior written agreement between the parties

■ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below I am readily familiar with the firm's practice for collection and processing correspondence for mailing with the United States Postal Service Under that practice, it would be deposited with the U.S Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit

☐ by causing personal delivery by First Legal Support Services, 1511 West Beverly Boulevard, Los Angeles, California 90026 of the document(s) listed above to the person(s) at the address(es) set forth below

Thomas A Saenz, Esq
Belinda Escobosa Helzer, Esq
Mexican American Legal Defense and Educational Fund
634 South Spring Street, 11th Floor
Los Angeles, California 90014

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 28, 2004

_Angela Ortell_
Angela Ortell

82000\0001\745466 1